So Ordered.

Dated: February 8, 2021



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: MARIA CARMEN BELTRAN,   Chapter 13
Case No. 17-28364-KMP

Debtor.

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtor filed a motion to modify the plan on October 18, 2020 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtor's October 18, 2020 request to modify confirmed plan.

2. Summary of payments: $835.00 monthly for the remainder of the 60-month plan.

#####