UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:                                        Case No. 17-28364- KMP
    MARIA CARMEN BELTRAN

                                       Chapter 13 Bankruptcy Case
        Debtor

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF COMPLETION OF PAYMENTS TO THE TRUSTEE

    The Trustee certifies that the Trustee has received all payments due to the Trustee under the plan in this case.

    This certificate does not ensure that the court will grant a discharge and close the case, as additional requirements apply. Debtors should consult with their bankruptcy attorney for assistance.

    No notice of final cure under Rule 3002.1(f) will be sent in this case because there is no claim holder that is required to receive such a notice.

    Respectfully submitted this 16th day of November 2022.

                                                             *Scott Lieske*
                                                             Scott Lieske
                                                             Chapter 13 Standing Trustee
                                                             P.O. Box 510920
                                                             Milwaukee, WI 53203
                                                             (414) 271-3943

cc:
    MARIA CARMEN BELTRAN

17-28364 BELTRAN NOC