In re:
                                                                    Case No. 17-28364-kmp

Maria Carmen Beltran                                                Chapter 13

          Debtor

# CERTIFICATE OF NOTICE

| District/off: 0757-2 | User: adkt | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: 3180W | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Carmen Beltran, 2221 North 17th Street, Milwaukee, WI 53205-1221 |
| nfs | + | Jesus Beltranreza, 2221 North 17th Street, Milwaukee, WI 53205-1221 |
| 10248039 | + | 225 S. Executive Dr., 22, Brookfield, WI 53005-4257 |
| 10253771 | + | ANESTHESIOLOGY ASSOCIATES OF WI, COLLECTION ASSOCIATES, PO BOX 465, BROOKFIELD, WI 53008-0465 |
| 10233462 | + | Account Recovery Services, 3031 North 114th Street, Milwaukee, WI 53222-4218 |
| 10233465 | + | Alby Materials, 32409 High Drive, Burlington, WI 53105-9744 |
| 10233467 | + | Anesthesiology Associates of Wisconsin, 225 South Executive Drive, Brookfield, WI 53005-4257 |
| 10233469 | + | Attorney James Moczydlowski, 1333 College Avenue, Suite K, South Milwaukee, WI 53172-1150 |
| 10233471 | + | Aurora Medical Group, c/o Account Recovery, 3031 North 114th Street, Milwaukee, WI 53222-4218 |
| 10233474 | + | City of Milwaukee, DNS, 4001 South 6th Street, Milwaukee, WI 53221-1704 |
| 10418551 | #+ | Dental Associates, 3333 N Mayfair Rd. Suite 311, Wauwatosa, WI 53222-3219 |
| 10233480 | + | Dental Associates, 11711 West Burleigh Street, Milwaukee, WI 53222-3196 |
| 10233490 | + | EOS CRA, P.O. Box 981025, Boston, MA 02298-1025 |
| 10233486 | + | Eagle Collections, 749 W. Wisconsin Avenue, Pewaukee, WI 53072-2315 |
| 10233483 | + | Eagle Collections, 749 West Wisconsin Avenue, Pewaukee, WI 53072-2315 |
| 10233494 | + | Horizon Finanical, Attention: BSA & Fraud Department, P.O. Box 800, Michigan City, IN 46361-0800 |
| 10248038 | + | J. Adam Dobberstein, PO BOX 470, Brookfield, WI 53008-0470 |
| 10233499 | | Milwaukee Rehabilitation and Therapy Inc, P.O. Box 639, Thiensville, WI 53092-0639 |
| 10233515 | + | Partners in Behavioral Health, 3630 Hickory Lane, Oconomowoc, WI 53066-4532 |
| 10233523 | ++ | SPEEDY LOAN CORP, 115 N 4TH ST, WATERTOWN WI 53094-3860 address filed with court:, Speedy Loan Corporation, 1409 South 108th Street, Milwaukee, WI 53214 |
| 10233525 | + | SSMC ABHS, c/o Account Recovery, 3031 North 114th Street, Milwaukee, WI 53222-4218 |
| 10233526 | + | SSMC ABHS, c/o Account Recovery Service, 3031 North 114th Street, Milwaukee, WI 53222-4218 |
| 10233520 | + | Saint Thomas Moore High School, c/o Asset Management Outsourcing, 850 Elm Grove Road, Suite 23, Elm Grove, WI 53122-2527 |
| 10330643 | + | Saint Thomas More High School, PO Box 470, Brookfield, WI 53008-0470 |
| 10264799 | + | SpeedyLoan Corp., 115 N. 4th St., Watertown, WI 53094-3860 |
| 10233530 | + | U S Dept Of Ed/fisl/at, Attn: Bankruptcy, P.O. Box 16448, Saint Paul, MN 55116-0448 |
| 10233531 | | U S Dept of Education/Gsl/Atl, P.O. Box 4222, Iowa City, IA 52244 |
| 10233533 | + | US Department of Education, P.O. Box 1030, Coraopolis, PA 15108-6030 |
| 10233536 | + | Wisconsin Auto Title Loans, 1403 Miller Parkway, Milwaukee, WI 53214-3657 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: WISCDEPREV.COM | | |
| | | | Nov 30 2022 04:43:00 | Wisconsin Department Of Revenue, Special Procedures Unit, P.O. Box 8901, Madison, WI 53708-8901 |
| cr | + | Email/Text: bk@dlflaw.com | | |
| | | | Nov 29 2022 23:44:00 | Dobberstein Law Firm, LLC, 225 S. Executive |

| Account | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Drive, Suite 201, Brookfield, WI 53005-4257 |
| cr | + | Email/Text: EDBKNotices@ecmc.org | Nov 29 2022 23:44:00 | U.S. Department Of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 10233461 | | Email/Text: bkdept@aaacheckmate.com | Nov 29 2022 23:45:00 | AAA Checkmate LLC, 2609 West Morgan Avenue, Milwaukee, WI 53221 |
| 10233464 | + | Email/Text: EBNProcessing@afni.com | Nov 29 2022 23:45:00 | AFNI, 1310 Martin Luther King Drive, Bloomington, IL 61701-1465 |
| 10233468 | + | EDI: PHINHARRIS | Nov 30 2022 04:43:00 | Arnold Harris, 111 West Jackson Boulevard, Chicago, IL 60604-4135 |
| 10233470 | | Email/Text: agencyresolution@aah.org | Nov 29 2022 23:44:00 | Aurora Health Care, P.O. Box 091700, Milwaukee, WI 53209-8700 |
| 10233472 | | Email/Text: bkdept@brotherloan.com | Nov 29 2022 23:45:00 | Brother Loan & Finance Company, 7621 W 63rd St, Summit, IL 60501 |
| 10233475 | + | Email/Text: EBN.CTREAS@milwaukee.gov | Nov 29 2022 23:45:33 | City of Milwaukee, 200 E. Wells St., Milwaukee, WI 53202-3515 |
| 10233473 | + | Email/Text: EBN.CTREAS@milwaukee.gov | Nov 29 2022 23:45:33 | City of Milwaukee, Office of City Treasurer, 200 East Wells Street, Room #103, Milwaukee, WI 53202-3546 |
| 10233477 | + | Email/Text: ludi@collectionassociates.net | Nov 29 2022 23:44:00 | Collection Associates, 225 S. Executive Drive, Suite. 250, Brookfield, WI 53005-4257 |
| 10233476 | + | Email/Text: ludi@collectionassociates.net | Nov 29 2022 23:44:00 | Collection Associates, P.O. Box 465, Brookfield, WI 53008-0465 |
| 10233479 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2022 23:50:27 | Credit One Bank NA, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 10233481 | + | Email/Text: egssupportservices@alorica.com | Nov 29 2022 23:45:00 | Direct TV, c/o NCO, 507 Prudential Road, Horsham, PA 19044-2308 |
| 10233482 | + | Email/Text: admin@fcs2collect.com | Nov 29 2022 23:45:00 | Dr. Donna Pitter, MD, c/o Falls Collection Service, P.O. Box 668, Germantown, WI 53022-0668 |
| 10233491 | + | Email/Text: admin@fcs2collect.com | Nov 29 2022 23:45:00 | Falls Collection Service, P.O. Box 668, Germantown, WI 53022-0668 |
| 10233492 | + | Email/Text: bankruptcy@rentacenter.com | Nov 29 2022 23:45:00 | Get It Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 10233497 | | EDI: IRS.COM | Nov 30 2022 04:43:00 | Internal Revenue Service, 211 W. Wisconsin Avenue, Milwaukee, WI 53203 |
| 10340801 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2022 23:50:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 10352062 | | Email/Text: cabankruptcynotices@milwaukee.gov | Nov 29 2022 23:44:00 | MILWAUKEE WATER WORKS, 200 E WELLS ST, RM 800, MILWAUKEE WI 53202 |
| 10233498 | + | Email/Text: municlerks@milwaukee.gov | Nov 29 2022 23:45:00 | Milwaukee Municipal Court, 951 North James Lovell Street, Milwaukee, WI 53233-1429 |
| 10233512 | + | Email/Text: christina@collectionandrecovery.com | Nov 29 2022 23:45:00 | Oshkosh Collection, P.O. Box 160, Oshkosh, WI 54903-0160 |
| 10233516 | + | Email/Text: bkcy@creditmgt.com | Nov 29 2022 23:45:00 | Racine County Clerk of Court, c/o Credit Management, P.O. Box 1654, Green Bay, WI 54305-1654 |
| 10233532 | | Email/Text: EBNProcessing@afni.com | Nov 29 2022 23:45:00 | US Cellular, c/o Afni, P.O. Box 3097, Bloomington, IL 61702 |
| 10233527 | | Email/Text: amieg@stcol.com | Nov 29 2022 23:44:00 | State Collection Service, P.O. Box 6250, Madison, WI 53701 |

| 10233528 | | Email/Text: amieg@stcol.com | | |
| | | | Nov 29 2022 23:44:00 | State Collections, P.O. Box 6250, Madison, WI 53701 |
| 10233518 | + | Email/Text: ludi@collectionassociates.net | | |
| | | | Nov 29 2022 23:44:00 | Saint Thomas Moore High School, c/o Collection Associates, P.O. Box 465, Brookfield, WI 53008-0465 |
| 10233519 | + | Email/Text: bk@dlflaw.com | | |
| | | | Nov 29 2022 23:44:00 | Saint Thomas Moore High School, c/o Dobberstein Law Firm, LLC, P.O. Box 470, Brookfield, WI 53008-0470 |
| 10391901 | | Email/Text: ssa.bankruptcy@ssa.gov | | |
| | | | Nov 29 2022 23:44:00 | Social Security Administration, Office of Central Operations, 1500 Woodlawn Drive, Baltimore, MA 21241-1500 |
| 10233524 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Nov 29 2022 23:45:00 | Sprint, c/o Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 10233529 | + | Email/Text: DL-CSGBankruptcy@charter.com | | |
| | | | Nov 29 2022 23:45:00 | Time Warner, c/o Credit Protection, 13355 Noel Road, Suite 2100, Dallas, TX 75240-6837 |
| 10397505 | | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Nov 29 2022 23:44:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 10233534 | + | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Nov 29 2022 23:44:00 | US Dept of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 10233535 | + | EDI: WFFC2 | | |
| | | | Nov 30 2022 04:43:00 | Wells Fargo Financial Wisconsin, Inc., 800 Walnut Street, Des Moines, IA 50309-3891 |
| 10233537 | + | EDI: WISCDEPREV.COM | | |
| | | | Nov 30 2022 04:43:00 | Wisconsin Department of Revenue, 819 North 6th Street, Suite 408, Milwaukee, WI 53203-1606 |
| 10233538 | + | EDI: WISCDEPREV.COM | | |
| | | | Nov 30 2022 04:43:00 | Wisconsin Department of Revenue, 2135 Rimrock Road, PO Box 8901, Madison, WI 53708-8901 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | City of Milwaukee, 200 E. Wells Street, Milwaukee, WI 53202-3515 |
| 10233463 | *+ | Account Recovery Services, 3031 North 114th Street, Milwaukee, WI 53222-4218 |
| 10233478 | *+ | Collection Associates, 225 S. Executive Drive, Suite. 250, Brookfield, WI 53005-4257 |
| 10233484 | *+ | Eagle Collections, 749 West Wisconsin Avenue, Pewaukee, WI 53072-2315 |
| 10233485 | *+ | Eagle Collections, 749 West Wisconsin Avenue, Pewaukee, WI 53072-2315 |
| 10233489 | *+ | Eagle Collections, 749 W Wisconsin Avenue, Pewaukee, WI 53072-2315 |
| 10233487 | *+ | Eagle Collections, 749 W. Wisconsin Avenue, Pewaukee, WI 53072-2315 |
| 10233488 | *+ | Eagle Collections, 749 W. Wisconsin Avenue, Pewaukee, WI 53072-2315 |
| 10233495 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Unit, P.O. Box 21126, Philadelphia, PA 19114 |
| 10233496 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Department of the Treasury, Kansas City, MO 64999-0030 |
| 10233501 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233502 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233503 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233504 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233505 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233506 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233507 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233508 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233509 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233510 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233511 | *+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233513 | *+ | Oshkosh Collection, P.O. Box 160, Oshkosh, WI 54903-0160 |
| 10233514 | *+ | Oshkosh Collection, P.O. Box 160, Oshkosh, WI 54903-0160 |

| 10233521 | *+ | Saint Thomas Moore High School, c/o Asset Management Outsourcing, 850 Elm Grove Road, Suite 23, Elm Grove, WI 53122-2527 |
| 10233522 | *+ | Saint Thomas Moore High School, c/o Asset Management Outsourcing, 850 Elm Grove Road, Suite 23, Elm Grove, WI 53122-2527 |
| 10233466 | ##+ | Allied Interstate Inc, 7525 West Campus Road, New Albany, OH 43054-1121 |
| 10233493 | ## | GI Associates, LLC, 3033 South 27th Street, Suite #202, Milwaukee, WI 53215-3600 |
| 10233500 | ##+ | OAC, P.O. Box 371100, Milwaukee, WI 53237-2200 |
| 10233517 | ##+ | Reproductive Specialty Center, 2350 North Lake Drive, Suite #504, Milwaukee, WI 53211-4508 |

TOTAL: 0 Undeliverable, 25 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hannah R. Jahn | on behalf of Creditor City of Milwaukee hjahn@milwaukee.gov |
| Kevin P. Sullivan | on behalf of Creditor City of Milwaukee ksulli@milwaukee.gov  JGibelev@milwaukee.gov,cabankruptcy@milwaukee.gov |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |
| Scott Lieske | on behalf of Trustee Scott Lieske ecf@chapter13milwaukee.com  SLWI_ECF@trustee13.com |
| Scott Lieske | ecf@chapter13milwaukee.com  SLWI_ECF@trustee13.com |

TOTAL: 5

Debtor 1    Maria Carmen Beltran

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–6768

EIN    _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _

EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Eastern District of Wisconsin

Case number:    17–28364–kmp

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maria Carmen Beltran
aka Maria C Curry, aka Maria C Varela

11/29/22

**By the court:** Katherine M. Perhach
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 17-28364-kmp    Doc 142    Filed 12/01/22    Page 6 of 6